**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In Re:

THOMAS JAZAYERI and TONYA JAZAYERI

    Debtors,

Case No. 11-10107-swd
Chapter 13

HON. Scott W. Dales

---

**APPEARANCE**

    Matthew S. DePerno enters his appearance on behalf of DePerno Law Office, PLLC. All correspondence and notices regarding this case should be sent either electronically, or to the address listed below.

                                       Respectfully submitted

                                       DePERNO LAW OFFICE, PLLC

Dated: August 11, 2012                */s/ Matthew S. DePerno*
                                                 Matthew S. DePerno (P52622)
                                                 Attorney for DePerno Law Office, PLLC
                                                 PO Box 536
                                                 Mattawan, MI 49079
                                                 269-668-4074
                                                 Email: msdesq@sbcglobal.net